**NORTH AMERICAN LOAN & THRIFT COMPANY NO. 2 (Now Known as North American Finance Corporation of Fulton County), Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 8951.

United States Court of Appeals
Fourth Circuit.

Argued June 13, 1963.

Decided June 20, 1963.

Robert Ash, Washington, D. C. (Carl F. Bauersfeld, and Ash, Bauersfeld & Burton, Washington, D. C., on brief), for petitioner.

Philip B. Heymann, Atty., Dept. of Justice (Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Harry Baum and Gilbert E. Andrews, Attys., Dept. of Justice, on brief), for respondent.

Before SOBELOFF, Chief Judge, and BRYAN and J. SPENCER BELL, Circuit Judges.

PER CURIAM.

We affirm for the reasons stated by the Tax Court in the opinion of Judge Raum, 39 T.C. ——.

Affirmed.

---

**Phil DARNER, Appellant**

v.

**UNITED STATES of America.**

No. 17380.

United States Court of Appeals
Eighth Circuit.

June 21, 1963.

Donald W. Harris, Bloomfield, Iowa, A. Arthur Davis and Heinrich C. Taylor, Jr., Des Moines, Iowa, for appellant.

Donald A. Wine, U. S. Atty., for appellee.

PER CURIAM.

Appeal docketed and dismissed on motion of appellee for failure to prosecute.

---

**NATIONAL LABOR RELATIONS BOARD**

v.

**AMALGAMATED MEATCUTTERS & BUTCHER WORKMEN OF NORTH AMERICA, etc.**

No. 17302.

United States Court of Appeals
Eighth Circuit.

June 24, 1963.

Arnold Ordman, Gen. Counsel, N. L. R. B., and Marcel Mallet-Prevost, Asst. Gen. Counsel, for petitioner.

Robert L. Kimbrough, Topeka, Kan., for respondent.

PER CURIAM.

Petition for enforcement is dismissed without prejudice and certified record ordered returned to the petitioner, on motion to withdraw petition for enforcement.